# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150298(72)

_____

*In re* Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

TYLER MICHAEL DORSEY,
      Respondent,
and

KELLY MICHELLE DORSEY,
      Appellant.
_____/

SC: 150298
COA: 309269
Livingston CC Family Division:
  08-012596-DL

On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted for filing if submitted on or before August 10, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016



Clerk